**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**LARRY ANTHONY WHITEHURST**                                   **PLAINTIFF**

**V.**                                                                                                         **NO. 2:09CV168-NBB-DAS**

**COMMISSIONER OF SOCIAL SECURITY**                               **DEFENDANT**

## ORDER AMENDING BRIEFING SCHEDULE

The Commissioner having filed his supplement to the administrative record pursuant to the court's January 12 Order, the briefing schedule in this case is amended as follows:

1. The claimant shall file his brief within 30 days of this date;

2. The Commissioner shall file his response within 30 days of the filing of claimant's brief; and

3. The claimant may file a reply within 5 days of service of the Commissioner's brief.

**SO ORDERED** this, the 22nd day of January, 2010.

                                                                             **/s/ David A. Sanders**
                                                                             U. S. MAGISTRATE JUDGE